# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-464

**Caption [use short title]:** New York

**Motion for:** IFP, Consolidation with 25-122 and Transfer to United States Court of Appeals for the First Circuit

**Set forth below precise, complete statement of relief sought:**

IFP, Consolidate 25-122 and 25-464  Transfer to the United States Court of Appeals for the First Circuit

Southern

**MOVING PARTY:** Clement Mosseri

**OPPOSING PARTY:** 7 West 21

☐ Plaintiff  ☒ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Clement Mosseri pro se

**OPPOSING ATTORNEY:** Peter Rose & Todd Rose

*[name of attorney, with firm, address, phone number and e-mail]*

7 West 21 Street 1708, New York, N.Y. 10010

291 Broadway 13 Fl , New York New York 10007

646 232-0441 cell Clemmoss51@gmail.com

212 349-3366

**Court- Judge/ Agency appealed from:** Judge J. A. Vargas

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1)?
☒ Yes  ☐ No (explain):
Clement Mosseri

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes  ☒ No
Has this relief been previously sought in this court?  ☒ Yes  ☐ No

Requested return date and explanation of emergency: 3/11/2025
This court no longer has jurisdiction based on continued bias and prior biased decisions against Mosseri,
Due Process Civil Rights Equal treatrment under the law denied by the Court

Is the oral argument on motion requested?  ☒ Yes  ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
*Clement Mosseri*  Date: 3/10/2025  Service: ☐ Electronic  ☒ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# UNITED STATES DISTRICT COURT
for the
Southern DISTRICT OF New York

| | |
|---|---|
| 7 West 21 Street, | ) |
| Plaintiff | ) |
| v. | ) Case No. 25-464 |
| Clement Mosseri, | ) |
| Defendant | ) |

**AFFIDAVIT ACCOMPANYING MOTION
FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: Clement Mosseri     Date: 3/10/2025

My issues on appeal are: Civil Rights

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Rev. 12.1.2018

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse N/A | You | Spouse N/A |
| Employment | $00 | $ | $00 | $ |
| Self-employment | $00 | $ | $00 | $ |
| Income from real property (such as rental income) | $00 | $ | $00 | $ |
| Interest and dividends | $00 | $ | $00 | $ |
| Gifts | $00 | $ | $00 | $ |
| Alimony | $00 | $ | $00 | $ |
| Child support | $00 | $ | $00 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $1114.00 | $ | $1114.00 | $ |
| Disability (such as social security, insurance payments) | $00 | $ | $00 | $ |
| Unemployment payments | $00 | $ | $00 | $ |
| Public-assistance (such as welfare) | $00 | $ | $00 | $ |
| Other (specify): | $00 | $ | $00 | $ |
| **Total monthly income:** | $1114.00 | $N/A | $1114.00 | $N/A |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None | | | $ |
| | | | $ |
| | | | $ |

Rev. 12.1.2018

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A Single | | | $ |
| | | | $ |
| | | | $ |

4. *How much cash do you and your spouse have?* $ 720.42

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Chase Bank | Checking | $720.42 | $N/A |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 | |
|---|---|---|---|
| (Value) $ None | (Value) $ None | (Value) $ Npone | |
| | | Make and year: | |
| | | Model: | |
| | | Registration #: | |

Rev. 12.1.2018

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| None | | |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? ☑ Yes ☐ No <br> Is property insurance included? ☑ Yes ☐ No | $280.00 | $N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $60-$90 | $ |
| Home maintenance (repairs and upkeep) | $00 | $ |
| Food | $400.00 | $ |
| Clothing | $100.00 | $ |
| Laundry and dry-cleaning | $30.00 | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $40.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $00 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $N/A | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $N/A | $ |
| Installment payments | | |
|     Motor Vehicle: | $N/A | $ |
|     Credit card (name): | $ | $ |
|     Department store (name): | $ | $ |
|     Other: | $ | $ |

| Alimony, maintenance, and support paid to others | $ | $ |
|---|---|---|
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ 135.00 SSA | $ |
| **Total monthly expenses:** | $ 1075.00 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ✓ Yes ☐ No    If yes, describe on an attached sheet.

   SSA deduction for overpayment $135.00 Month starting 3/1/25 X 21 months

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ✓ No

    *If yes, how much?* $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    Expenses equal income

12. *State the city and state of your legal residence*
    New York, N.Y.

    *Your daytime phone number:* 954 993-2625

    *Your age:* 73    *Your years of schooling:* 22

Rev. 12.1.2018

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------------------------X
7 West 21 LI LLC.,
Plaintiff-Appellee
     v.

CLEMENT MOSSERI,           25-464
Defendant-Appellant
-------------------------------------------------------X

AFFIRMATION OF SERVICE

I, Clement Mosseri, declare under penalty of perjury that I have served a copy of the attached,

IFP, Consolidation 1080, DP Notice of Appearance

To :Rose & Rose, 291 Broadway, 13 Floor, New York, N.Y. 10007

By depositing said papers into an envelope with proper first-class postage and giving said envelopes to the care of The US Postal Service for delivery.

Respectfully submitted,

Dated March 10, 2025

*[signature]*

Clement Mosseri, Pro se
7 West 21st Street #1708
New York, New York 10010
954 993-2625

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------------------------X
7 West 21 LI LLC.,
Plaintiff-Appellee

        v.

CLEMENT MOSSERI,                         25-122
Defendant-Appellant
-------------------------------------------------------X

## AFFIRMATION OF SERVICE

I, Clement Mosseri, declare under penalty of perjury that I have served a copy of the attached,

A copy Notice of Appearance, Civil Appeal Transcript Information (Form D-P Pro se), Pro se Scheduling Notification

Upon: Attorneys for Appellee, Rose & Rose, 291 Broadway, 13 Floor, New York, N.Y. 10007

By depositing said papers into an envelope with proper first-class postage and giving said envelopes to the care of The US Postal Service for delivery.

Respectfully submitted,

Dated February 2 2025

                                                Clement Mosseri, Pro se
                                                7 West 21st Street #1708
                                                New York, New York 10010
                                                954 993-2625